FILED - KZ
June 11, 2025 3:25 PM
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
ems  Scanned by ES/ 6/11

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan
Southern Division

Harold Shepard

1:25-cv-650
Hala Y. Jarbou
Chief U.S. District Judge

Case No. _____
(to be filled in by the Clerk's Office)

**Plaintiff(s)**
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

US Marshel service
VA Homeless Program
Task Force Members

Jury Trial: (check one)  ☐ Yes  ☒ No

-v-

**Defendant(s)**
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

## COMPLAINT FOR A CIVIL CASE

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Harold Shepard
Street Address: 16 Hall Trail
City and County: Prentiss MS
State and Zip Code: Mississippi 39474
Telephone Number: 601 522 4365
E-mail Address: HaroldShepard366@gmail

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

US Marshel, Government Agency, Agents
VA Homeless Program Government Agency, unknown
Task force Members, Government Agency, Fellow Veterans

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: US Marshall Service Agents
- Job or Title (if known):
- Street Address: 410 W Michigan Ave
- City and County: Kalamazoo MI Kalamazoo
- State and Zip Code: Kalamazoo MI 49007
- Telephone Number: 269 349-0906
- E-mail Address (if known): UNKNOWN

Defendant No. 2
- Name: VA Homeless Program
- Job or Title (if known): UNKNOWN
- Street Address: 5500 Armstrong RD
- City and County: Battle Creek, Calhoun
- State and Zip Code: Michigan 49037
- Telephone Number: 269 966-5600
- E-mail Address (if known): UNKNOWN

Defendant No. 3
- Name: Task Force Members
- Job or Title (if known): UNKNOWN
- Street Address: UNKNOWN
- City and County: UNKNOWN
- State and Zip Code: UNKNOWN
- Telephone Number: UNKNOWN
- E-mail Address (if known): UNKNOWN

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question        [ ] Diversity of citizenship

US Constitution rights or listed on the rear of the last page

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. Violation of Civil Rights

1) Monitoring my phone conversation
2) Stalking me
3) Using a sonic weapon on me.

B. **If the Basis for Jurisdiction Is Diversity of Citizenship** I have suffered hearing loss

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* Harold Shepard , is a citizen of the State of *(name)* Illinois, and Missippi

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* (un known) Not a corporation , is incorporated under the laws of the State of *(name)* _____

   and has its principal place of business in the State of *(name)* Michigan and USA, and Mississippi.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* N/A , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* __N/A__, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____

Or is incorporated under the laws of *(foreign nation)* _____ and has its principal place of business in *(name)* _____

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    **The Amount in Controversy**

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

__N/A__

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

While visiting Relative in MI, I have Been exposed to sonic weapons, Followed and harassed by Task Force Members.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I want them to Leave me alone!

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Jun 11 2025

Signature of Plaintiff: *[signed]*

Printed Name of Plaintiff:

### B. For Attorneys

Date of signing:

Signature of Attorney: Pro Se

Printed Name of Attorney:

Bar Number:

Name of Law Firm:

Street Address:

State and Zip Code:

Telephone Number:

E-mail Address:

# Civil Rights Violations

1) First Ad Amendment) Assembly

3) Third Amendent) Peace in my Home

8) Cruel and Unsual Punishment

4) Search & Seizure

I am not being allowed to file an EEO against the Postal Servic Behind a Work Place Injury in Chicago. Forced to Retire and No help during and after the Injury.