UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HAROLD SHEPARD,

    Plaintiff,

v.

UNITED STATES MARSHAL SERVICE,
et al.,

    Defendants.
_____/

Case No. 1:25-cv-650

Hon. Hala Y. Jarbou

## ORDER

On June 12, 2025, the magistrate judge entered a report and recommendation ("R&R") that the Court dismiss the complaint for lack of subject matter jurisdiction and failure to state a claim. (R&R, ECF No. 6.) No parties have filed objections to the R&R. The Court agrees with the recommended disposition.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 6) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Court **CERTIFIES** that there is no good faith basis for an appeal.

A judgment will enter in accordance with this Order.

Dated: July 8, 2025

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE